FILED

JAN 1 2 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MELVIN JACKSON
635 Edgewood Street, N.E.
Apartment 514
Washington, D.C. 20017

    Plaintiff

vs.

EDGEWOOD MANAGEMENT
CORPORATION
8403 Colesville Road, Suite 400
Silver Spring, Maryland 20910

Incorrectly sued as:
EDGEWOOD MANAGEMENT
CORPORATION
1811 Irving Street, N.E.
Washington, D.C. 20018

    Defendant

\*

\*

\*

\*

\*

CASE NUMBER 1:06CV00055

JUDGE: Gladys Kessler

DECK TYPE: Personal Injury/Malpractic

DATE STAMP: 01/12/2006

\*

\*

\*

JURY ACTION

\* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF REMOVAL

The Defendant, Edgewood Management Corporation, by its undersigned counsel, hereby files this Notice of Removal, pursuant to 28 U.S.C. § 1332, §1441, and §1446, and states as follows:

1. Edgewood Management Corporation, Defendant, is a company duly organized and existing under the laws of the State of Maryland with its principal place of business in Silver Spring, Maryland.

2. The Plaintiff, Melvin Jackson, based upon the allegations in his Complaint, is a resident of the District of Columbia.

3. The Plaintiff filed suit against Defendant, Edgewood Management Corporation along with other defendants on or about July 25, 2005, seeking to recover damages for injuries allegedly sustained as the result of an incident which occurred in the District of Columbia on or about August 1, 2002. Attached are the following Exhibits:

(a) Exhibit 1 – the Complaint;

(b) Exhibit 2 – Information Sheet;

(c) Exhibit 3 – Initial Order;

(d) Exhibit 4 – Summons;

(e) Exhibit 5 – Summons;

(f) Exhibit 6 – Summons;

(g) Exhibit 7 – Summons;

(h) Exhibit 8 – Entry of Appearance of W. John Vernon and Jennifer S. Lubinski;

(i) Exhibit 9 – Answer of Defendants Mid-City Financial, Edgewood Terrace Preservation Corporation, and Community Preservation and Development Corporation;

(j) Exhibit 10 – Answer of Edgewood Management Corporation;

(k) Exhibit 11 – Notice to Take Deposition Duces Tecum of Washington Hospital Center and Subpoena;

(l) Exhibit 12 – Notice to Take Deposition Duces Tecum of George Washington University Hospital and Subpoena;

(m) Exhibit 13 – Notice to Take Deposition Duces Tecum of Washington Orthopedic Center and Subpoena;

(n) Exhibit 14 – Certificate of Discovery concerning Notices to Take Deposition Duces Tecum of Washington Hospital Center, George Washington University Hospital and Washington Orthopedic Center;

(o) Exhibit 15 – Defendant's Interrogatories to Plaintiff;

(p) Exhibit 16 – Defendant's Request for Production of Documents to Plaintiff;

(q) Exhibit 17 – Certificate of Discovery concerning Defendant's Interrogatories and Request for Production of Documents to Plaintiff;

(r) Exhibit 18 – Defendants' Notice to Take Deposition Duces Tecum of the District of Columbia Fire and EMS Department and Subpoena;

(s) Exhibit 19 – Certificate of Discovery concerning Defendants' Notice to Take Deposition Duces Tecum of the District of Columbia Fire and EMS Department;

(t) Exhibit 20 – Plaintiff's Interrogatories to Defendant;

(u) Exhibit 21 – Plaintiff's Request for Production of Documents to Defendant;

(v) Exhibit 22 – Stipulation of Partial Dismissal;

(w) Exhibit 23 – Praecipe Requesting Scheduling Order.

4. Defendant Edgewood Management Corporation was served with the Complaint on October 7, 2005.

5. Defendants Edgewood Terrace Preservation Corporation and Community Preservation and Development Corporation were served with the Complaint on September 22, 2005.

6. Defendant Mid-City Financial Corporation was served with the Complaint on September 19, 2005.

5. On December 29, 2005, the Plaintiff filed a Stipulation of Partial Dismissal dismissing his claims against Defendants Mid-City Financial Corporation, Edgewood Terrace Preservation Corporation, and Community and Preservation Corporation.

6. Edgewood Management Corporation is a corporation organized pursuant to the laws of the State of Maryland and maintains its principal place of business in Maryland. A copy of the Certification of the Maryland Department of Assessments and Taxation is attached hereto as Exhibit 24.

7. The Plaintiff's Complaint alleges damages which exceed the jurisdictional limits of the Superior Court of the District of Columbia and the Plaintiff's medical bills to date exceed $60,000.00.

8. The jurisdiction of this Court is based upon the fact that there is complete diversity between the parties and the amount in controversy exceeds Seventy-Five Thousand Dollars ($75,000.00), exclusive of interest and costs. This Court has jurisdiction pursuant to 28 U.S.C. §1332.

9. According to 28 U.S.C. §1441(a), this action is subject to removal to this Court.

10. After filing this Notice of Removal, the Defendant will promptly inform the Plaintiff and any other adverse parties, in writing, of this Notice and file a copy of this Notice with the Clerk of the Superior Court for the District of Columbia, thereby effecting the removal pursuant to 28 U.S.C. §1446(d). A copy of the Notice of Removal which is being simultaneously filed in the Superior Court of the District of Columbia is attached hereto as Exhibit 25.

WHEREFORE, the Defendant, Edgewood Management Corporation, requests that this action be removed from the Superior Court of the District of Columbia to the United States District Court for the District of Columbia.

                              Respectfully submitted,

                              W. John Vernon
                              Trial Bar No.: 413891
                              Jennifer S. Lubinski
                              Trial Bar No.: MD25160
                              Lord & Whip, P.A.
                              Charles Center South, 10th Floor
                              36 S. Charles Street
                              Baltimore, Maryland 21201
                              (410) 539-5881

                              Attorneys for Defendant,
                              Edgewood Management Corporation

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this  11th  day of January, 2006, a copy of the foregoing Notice of Removal was mailed, postage prepaid to: Kenneth Trombly, Esquire, 1050 17th Street, N.W., Suite 1250, Washington, D.C. 20036, Attorney for Plaintiff.

_Jennifer S. Lubinski_

354083