## IN THE SUPERIOR COURT OF THE
## DISTRICT OF COLUMBIA
## CIVIL DIVISION

| | | |
|---|---|---|
| MELVIN JACKSON | * | |
| Plaintiff | * | CIVIL ACTION NO.: 05-0005718 |
| v. | * | The Honorable Natalia Combs Greene |
| MID-CITY FINANCIAL CORP., et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \*

RECEIVED
Civil Clerk's Office
SEP - 7 2005
Superior Court of the
District of Columbia
Washington, D.C.

### ENTRY OF APPEARANCE

Please enter the appearances of W. John Vernon and Jennifer S. Lubinski as counsel for the Defendants in this case. To counsel's knowledge, the Defendants have not yet been served.

Respectfully submitted,

W. John Vernon (Bar No. 413891)
Jennifer S. Lubinski (Bar No. 471697)
Lord & Whip, P.A.
Charles Center South, 10th Floor
36 South Charles Street
Baltimore, Maryland 21201
(410) 539-5881

Attorneys for Defendants

06 0055

FILED
JAN 1 2 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT



EXHIBIT
8

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of September, 2005, a copy of the foregoing Entry of Appearance was mailed, first class, postage prepaid, to: Kenneth M. Trombly, Esquire (Bar No.: 199547), 1050 17th Street, NW, Suite 1250, Washington, DC 20036, attorney for Plaintiff.

Jennifer S. Lubinski

347779