

IN THE SUPERIOR COURT OF THE
DISTRICT OF COLUMBIA
CIVIL DIVISION

MELVIN JACKSON                             *

    Plaintiff                                *         CIVIL ACTION NO.: 05-0005718

v.                                         *         The Honorable Natalia Combs Greene

MID-CITY FINANCIAL CORP., et al.           *

    Defendants                              *

    *    *    *    *    *    *    *

## ANSWER

Defendants, Mid-City Financial Corporation, Community Preservation and Development Corporation, and Edgewood Terrace Preservation Corporation, by their undersigned counsel, pursuant to Rule 12, *Superior Court Rules of Civil Procedure for the District of Columbia*, hereby answer the Plaintiff's Complaint as follows:

1.    Paragraph 1 of the Complaint contains jurisdictional allegations only, which need not be admitted or denied.

2.    The Defendants deny the allegations contained in Paragraph 2 of the Complaint and the Defendants demand strict proof of the allegations therein.

3.    The Defendants are without knowledge sufficient to form a response to the allegations contained in Paragraph 3 of the Complaint, but to the extent a response is required, the allegations are denied.

06 0055

FILED
JAN 1 2 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT



4.  The Defendants admit that Community Preservation and Development Corporation owns residential buildings, but deny that it manages them as alleged in Paragraph 4 of the Complaint.

5.  The Defendants admit that Edgewood Terrace Preservation Corporation owns residential buildings, but deny that it manages them as alleged in Paragraph 5 of the Complaint.

6.  The Defendants deny that they have owned or managed the building located at 635 Edgewood Street, NE in Washington, DC, as alleged in Paragraph 6 of the Complaint.

7.  The Defendants deny the allegations contained in Paragraph 7 of the Complaint.

8.  The Defendants deny the allegations of Paragraph 8 of the Complaint.

9.  The Defendants deny the allegations of Paragraph 9 of the Complaint.

10. The Defendants deny the allegations of Paragraph 10 of the Complaint.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

11. The Complaint fails to state a claim upon which relief may be granted.

### SECOND AFFIRMATIVE DEFENSE

12. The Plaintiff's claim is barred by the doctrine of contributory negligence.

### THIRD AFFIRMATIVE DEFENSE

13. The Plaintiff's claim is barred by the doctrine of the assumption of the risk.

## FOURTH AFFIRMATIVE DEFENSE

14. The Plaintiff has failed to join a party in whose absence complete relief cannot be afforded among the parties to this action.

## FIFTH AFFIRMATIVE DEFENSE

15. The Plaintiff's injuries and damages were caused by acts or omissions of persons or entities other than these Defendants.

## SIXTH AFFIRMATIVE DEFENSE

16. The Plaintiff's claims are barred by the applicable statute of limitations.

WHEREFORE, Mid-City Financial Corporation, Community Preservation and Development Corporation, and Edgewood Terrace Preservation Corporation, Defendants, move that the Plaintiff's Complaint be dismissed with costs assessed against the Plaintiff.

Respectfully submitted,

W. John Vernon (Bar No. 413891)
Jennifer S. Lubinski (Bar No. 471697)
Lord & Whip, P.A.
Charles Center South, 10th Floor
36 South Charles Street
Baltimore, Maryland 21201
(410) 539-5881

Attorneys for Defendants

2005 OCT -7 P 6:09
DISTRICT OF COLUMB.
COURTS

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of October, 2005, a copy of the foregoing Answer of Mid-City Financial Corporation, Community Preservation and Development Corporation, and Edgewood Terrace Preservation Corporation, was mailed, first class, postage prepaid, to: Kenneth M. Trombly, Esquire, 1050 17th Street, NW, Suite 1250, Washington, DC 20036, attorney for Plaintiff.

Jennifer S. Lubinski

00349480.DOC

RECEIVED
2005 OCT -7 P 4:09
DISTRICT OF COLUMBIA COURTS

4