IN THE SUPERIOR COURT OF THE
DISTRICT OF COLUMBIA
CIVIL DIVISION

| | | |
|---|---|---|
| MELVIN JACKSON | * | |
| Plaintiff | * | CIVIL ACTION NO.: 05-0005718 |
| v. | * | The Honorable Natalia Combs Greene |
| MID-CITY FINANCIAL CORP., et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \*

### NOTICE TO TAKE DEPOSITION DUCES TECUM

PLEASE TAKE NOTICE that the deposition for the purpose of discovery will be taken of:

> Custodian of Records
> Washington Orthopedic Center
> 3 Washington Circle, Suite 110
> Washington, DC 20037

06 0055

on Thursday, November 10, 2005, beginning at 10:00 a.m. and from day to day thereafter until completion, before a notary public or an officer authorized by law to administer an oath at the offices of Lord & Whip, P.A., 36 South Charles Street, 10th Floor, Baltimore, Maryland 21201. The deponent(s) are to appear and produce all records in their possession concerning the medical records from January 1, 1999 through the present of:

**FILED**
JAN 1 2 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

NAME:   Melvin Jackson
SSN:    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
DOB:    3/7/35

EXHIBIT 13



The attorneys for Mr. Jackson are being given notice of this subpoena and Notice To Take Deposition and will be given the opportunity to object to it by filing a Motion for Protective Order. The medical condition of Marvin E. Morton, Jr. has been placed at issue in this litigation, and accordingly, all medical records of the patient are required and relevant to respond to this subpoena.

**Please take further notice that this deposition is for the production of documents only, unless otherwise noted. No oral testimony will be taken if the records requested have been received by the date specified.**

_/s/_

W. John Vernon (Bar No. 413891)
Jennifer S. Lubinski (Bar No. 471697)
Lord & Whip, P.A.
Charles Center South, 10th Floor
36 South Charles Street
Baltimore, Maryland 21201
(410) 539-5881

Attorneys for Defendants

350018

**SUBPOENA**

# Superior Court of the District of Columbia
## CIVIL DIVISION
500 Indiana Avenue, N.W., Room JM-170
Washington, D.C. 20001    Telephone (202) 879-1133

Melvin Jacksonn
_____
                Plaintiff

SUBPOENA IN A CIVIL CASE

v.

Mid-City Financial Corp., et al.
_____
                Defendant

CASE NUMBER: 05-0005718

To: Custodian of Records, Washington Orthopedic Center

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify in the above case.

| COURTROOM | DATE | TIME |
|---|---|---|
|  |  |  |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE | TIME |
|---|---|---|
|  |  |  |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| DOCUMENTS OR OBJECTS |
|---|
| SEE ATTACHED NOTICE TO TAKE DEPOSITION DUCES TECUM |

| PLACE OF PRODUCTION | DATE | TIME |
|---|---|---|
| Lord & Whip, P.A. 36 S. Charles St., 10th Fl., Baltimore, MD 21201 | 11/10/05 | 10:00 a.m. |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE | TIME |
|---|---|---|
|  |  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. SCR-CIV 30(b)(6).

| ISSUING PERSON'S SIGNATURE AND TITLE (indicate if attorney for plaintiff or defendant) | DATE |
|---|---|
| [signature] Attorney for Defendants | Oct. 11, 2005 |

ISSUING PERSON'S NAME, ADDRESS AND PHONE NUMBER
Jennifer S. Lubinski, Esq.
Lord & Whip, P.A., 36 S. Charles Street, 10th Floor
Baltimore, Maryland 21201     (410) 539-5881

(SEE RULE 45, SUPERIOR COURT RULES OF CIVIL PROCEDURE ON REVERSE)

WHITE—ORIGINAL    YELLOW—FOR RETURN SERVICE    PINK—OFFICE COPY

Form CV(6)-433/May 94                                              4-1855 wd-392