

## IN THE SUPERIOR COURT OF THE
## DISTRICT OF COLUMBIA
## CIVIL DIVISION

| | | |
|---|---|---|
| MELVIN JACKSON | * | |
| Plaintiff | * | CIVIL ACTION NO.: 05-0005718 |
| v. | * | The Honorable Natalia Combs Greene |
| MID-CITY FINANCIAL CORP., et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \*

### CERTIFICATE OF DISCOVERY

PLEASE TAKE NOTICE that on this 11th day of October, 2005, copies of Defendants' Notices to Take Deposition Duces Tecum of Washington Hospital Center, George Washington University Hospital, , and Washington Orthopedic Center, were mailed, first class, postage prepaid, to Kenneth Trombly, Esquire, 1050 17th Street, NW, Suite 1250, Washington, DC 20036, attorney for Plaintiff.  I will retain the original of this document in my file until the case is concluded in this Court, the time for appeal has expired, and any appeal that is filed is concluded.

06 0055

_____
W. John Vernon (Bar No. 413891)
Jennifer S. Lubinski (Bar No. 471697)
Lord & Whip, P.A.
Charles Center South, 10th Floor
36 South Charles Street
Baltimore, Maryland 21201
(410) 539-5881

FILED
JAN 1 2 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Attorneys for Defendants



EXHIBIT 14

350029