# IN THE SUPERIOR COURT OF THE
## DISTRICT OF COLUMBIA
## CIVIL DIVISION

MELVIN JACKSON      *

   Plaintiff      *     CIVIL ACTION NO.: 05-0005718

v.      *     The Honorable Natalia Combs Greene

MID-CITY FINANCIAL CORP., et al.   *

   Defendants      *

     *   *   *   *   *   *   *

## **INTERROGATORIES**

TO:    Melvin Jackson, Plaintiff

FROM:    Edgewood Management Corporation, Defendant

Pursuant to the *Superior Court Rules of Civil Procedure for the District of Columbia*, you are requested to answer the following Interrogatories which are hereby propounded.

Pursuant to the Maryland Rules of Procedure, you are requested to answer the following Interrogatories which are hereby propounded.

   (a) These Interrogatories are continuing in character and require you to file supplemental answers if you obtain additional or different information prior to trial.

   (b) Where the name or identity of a person is requested, please state his full name, home address and business address.

   (c) Unless otherwise indicated, these Interrogatories refer to the time, place and circumstances of the occurrence mentioned or complained of in the pleadings.

   (d) Where knowledge or information of a party is requested, such request includes knowledge of the party's agents, representatives and, unless privileged, his attorneys.



EXHIBIT 15

When answer is made by a corporate defendant, state the name, address and title of the person supplying the information and making the affidavit.

(e) The pronoun "you" refers to the party to whom these Interrogatories are addressed and the persons mentioned in clause (d).

(f) Whenever the word "documents" is used herein, it is intended in its broadest sense, and includes any original, matrix, reproduction or copy of any kind, typed, recorded, graphic, printed, photostatic, written or documentary matter, including without limitation, correspondence, memoranda, notes, diaries, contracts, agreements, photographs, vouchers, invoices, billings, checks, reports, telegrams, telexes, notes of telephonic conversations, logs, log entries, reports, and/or reproductions of any and all communication by all means of recording any tangible thing, including letters, words, pictures, sounds or symbols or combinations thereof.

## INTERROGATORIES

**INTERROGATORY NO. 1:** State your full name, address, date of birth, marital status and Social Security number.

**INTERROGATORY NO. 2:** Name the eyewitnesses to all or part of the occurrence and their location at the time thereof.

**INTERROGATORY NO. 3:** Name all persons who were at or near the scene or who arrived at the scene within one hour after the occurrence complained of.

**INTERROGATORY NO. 4:** Give a concise statement of the facts as to how you contend the occurrence took place, and state the facts upon which you base your contention that the Defendant was negligent.

**INTERROGATORY NO. 5:** By what doctors and/or in what hospitals have you been treated and/or examined as a result of the occurrence complained of and state the dates and nature of such treatments.

**INTERROGATORY NO. 6:** By what doctors and/or in what hospitals were you treated and/or examined for any injury, disability or illness for the ten (10) years preceding the occurrence and give the dates and nature of such treatments.

**INTERROGATORY NO. 7:** Name all experts whom you propose to call as witnesses, state the area or field in which each qualifies as an expert, state the subject matter on which each such expert is expected to testify, state the substance of the findings and the opinions to which each such expert is expected to testify and provide a summary of the grounds for each opinion. Attach to your answers copies of all written reports made to you by such experts.

**INTERROGATORY NO. 8:** Have you sustained an accidental injury prior to or since the occurrence complained of and, if so, state the following: (a) what injury was received, (b) how it was received, (c) the name and address of the person causing the injury, if caused by some other person, and (d) the names and addresses of all physicians and hospitals that treated you for said injuries.

**INTERROGATORY NO. 9:** State the precise nature and location of bodily injuries suffered by you as a result of the occurrence complained of.

**INTERROGATORY NO. 10:** Do you now have any complaints as a result of the injuries sustained in the occurrence complained of? If so, state the nature of such present complaints, specifying which, if any, you contend are permanent.

**INTERROGATORY NO. 11:** Do you contend that a previous injury or condition was aggravated by the occurrence complained of? If so, state what injury or

condition was aggravated and give the names and addresses of physicians who treated you, and the dates of such treatments.

**INTERROGATORY NO. 12:** By whom were you employed and what were your duties and wages at the time of the occurrence complained of?

**INTERROGATORY NO. 13:** State the names of all of your employers for the last five (5) years, the inclusive dates and nature of each employment and why each was terminated.

**INTERROGATORY NO. 14:** On what date did you return to employment after the accident complained of? If you did not resume your previous employment, state for whom you went to work, your wages and the nature of your work. After returning to work, did you lose any additional time from work as a result of the injuries sustained in the occurrence complained of and, if so, state the specific date or dates on which you were unable to work and the specific reason or reasons therefore.

**INTERROGATORY NO. 15:** Describe fully your activities on the date of the occurrence referenced in the Complaint for the eight (8) hours preceding and following the occurrence.

**INTERROGATORY NO. 16:** State whether you consumed any alcoholic beverages, drugs and/or medication within eight (8) hours prior to the occurrence complained of, the places where such alcoholic beverages, drugs and/or medication were obtained, and the nature and amount thereof. The word "drugs" as used in this Interrogatory is to include, among other drugs, any controlled dangerous substances as defined in Section 279, Article 27, Annotated Code of Maryland (1957).

4

**INTERROGATORY NO. 17:** Have you ever been convicted of any crime other than minor traffic violations? If so, state where, when and for what offense and list the court and docket reference for each such conviction.

**INTERROGATORY NO. 18:** State whether you have within your control, or have knowledge of, any transcripts of testimony in any proceeding arising out of the occurrence complained of. If so, state the date, the subject matter, the name and business address of the person recording said testimony, and the name and address of the person who has present possession of each said transcript of testimony.

**INTERROGATORY NO. 19:** Did you file income tax returns with the Director of Internal Revenue for the past five (5) years and, if so, state for what years returns were filed, the office of the Director of Internal Revenue with which each such return was filed and the amount recorded as earned income on each such return. If a return was not filed for any year, state the reasons why.

**INTERROGATORY NO. 20:** State whether you have within your possession or control photographs, plats or diagrams of the scene, or objects connected with the occurrence complained of.

**INTERROGATORY NO. 21:** Itemize the expenses incurred by you and/or on your behalf as a result of the occurrence complained of and what salary, wages, income, etc. you allege you lost.

**INTERROGATORY NO. 22:** Do you have in your control any statement from the Defendant concerning this action or its subject matter? For purposes of this Interrogatory, a "statement" is defined as (a) a written statement signed or otherwise

adopted or approved by Defendant(s), or (b) a stenographic, mechanical, electrical or other recording, or transcription thereof which is a substantial verbatim recital of any oral statement made by this Defendant(s) and contemporaneously recorded. If the answer to this Interrogatory is in the affirmative, attach hereto a copy of said statement(s) and list the name and address of each person and/or corporation having copy thereof.

**INTERROGATORY NO. 23:** Have you ever been a party to any other lawsuit and, if so, identify the case name, number, jurisdiction, the nature of the lawsuit, and the outcome or disposition.

**INTERROGATORY NO. 24:** Describe in complete factual detail each and every act and/or omission of negligence on the part of the Defendant which you contend caused or contributed to the occurrence which is the subject of your Complaint.

**INTERROGATORY NO. 25:** If any investigation or other report was prepared, compiled, submitted, or made by or to you in the regular course of business, enumerate and identify the same by date, subject matter, name of the person making or rendering the report, including the name of the person who has the present custody and/or control of each such report; or, in the alternative, if you prefer, attach a copy of each such report to your Answers.

**INTERROGATORY NO. 26:** Describe in complete factual detail any condition or conditions on the premises which you contend caused or contributed to the occurrence which is the subject of your Complaint, indicating in your Answer how and when you contend that the Defendant was first put on notice of the existence of the condition which allegedly caused the occurrence.

**INTERROGATORY NO. 27:** State the number of occasions on which you previously patronized, visited, or observed the location where you claim the incident described in the Complaint occurred and state when you first observed that the condition which you allege caused your injury.

**INTERROGATORY NO. 28:** If you contend that the Defendant was responsible for contributing to or causing the condition which allegedly caused the occurrence, describe in detail the basis(es) for your contention.

**INTERROGATORY NO. 29:** Identify each person having or claiming a subrogation interest in the outcome of this litigation and, for each such person, state the alleged dollar value of that subrogation interest.

**INTERROGATORY NO. 30:** Name any person, not heretofore mentioned, having personal knowledge of facts material to this case.

_____
W. John Vernon (Bar No. 413891)
Jennifer S. Lubinski (Bar No. 471697)
Lord & Whip, P.A.
Charles Center South, 10th Floor
36 South Charles Street
Baltimore, Maryland 21201
(410) 539-5881

Attorneys for Defendants

7