IN THE SUPERIOR COURT OF THE
DISTRICT OF COLUMBIA
CIVIL DIVISION

| | | |
|---|---|---|
| MELVIN JACKSON | * | |
| Plaintiff | * | CIVIL ACTION NO.: 05-0005718 |
| v. | * | The Honorable Natalia Combs Greene |
| MID-CITY FINANCIAL CORP., et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \*

### CERTIFICATE OF DISCOVERY

PLEASE TAKE NOTICE that on this 12th day of October, 2005, a copy of Defendants' Interrogatories and Request for Production of Documents, was mailed, first class, postage prepaid, to Kenneth Trombly, Esquire, 1050 17th Street, NW, Suite 1250, Washington, DC 20036, attorney for Plaintiff. I will retain the original of this document in my file until the case is concluded in this Court, the time for appeal has expired, and any appeal that is filed is concluded.

06 0055

W. John Vernon (Bar No. 413891)
Jennifer S. Lubinski (Bar No. 471697)
Lord & Whip, P.A.
Charles Center South, 10th Floor
36 South Charles Street
Baltimore, Maryland 21201
(410) 539-5881

Attorneys for Defendants

FILED
JAN 1 2 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

350107

EXHIBIT 17