# IN THE SUPERIOR COURT OF THE
## DISTRICT OF COLUMBIA
## CIVIL DIVISION

MELVIN JACKSON                                          *

     Plaintiff                                   *          CIVIL ACTION NO.: 05-0005718

v.                                                      *

MID-CITY FINANCIAL CORP., et al.                        *

     Defendants                                  *

     *     *     *     *     *     *     *

## CERTIFICATE OF DISCOVERY

PLEASE TAKE NOTICE that on this 7th day of November, 2005, copies of

Defendants' Notice to Take Deposition Duces Tecum of the District of Columbia Fire

and EMS Department, were mailed, first class, postage prepaid, to Kenneth Trombly,

Esquire, 1050 17th Street, NW, Suite 1250, Washington, DC 20036, attorney for Plaintiff.

I will retain the original of this document in my file until the case is concluded in this

Court, the time for appeal has expired, and any appeal that is filed is concluded.

                                       W. John Vernon (Bar No. 413891)
                                       Jennifer S. Lubinski (Bar No. 471697)
                                       Lord & Whip, P.A.
                                       Charles Center South, 10th Floor
                                       36 South Charles Street
                                       Baltimore, Maryland 21201
                                       (410) 539-5881

                                     Attorneys for Defendants

**06 0055**

**FILED**

JAN 1 2 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

351231


EXHIBIT
19