IN THE SUPERIOR COURT OF THE
DISTRICT OF COLUMBIA
CIVIL DIVISION

MELVIN JACKSON                              *

    Plaintiff                              *       CIVIL ACTION NO.: 05-0005718
                                                    Cal. 11
v.                                          *       Judge Combs Greene

EDGEWOOD MANAGEMENT CORP.,                  *
et al.
                                            *
    Defendants
                                            *

\*       \*       \*       \*       \*       \*               \*       \*       \*       \*       \*

**PLAINTIFF'S INTERROGATORIES TO DEFENDANT, EDGEWOOD
MANAGEMENT CORPORATION**

    A.    These interrogatories are continuing in character, so as to require you to file supplementary answers if you obtain further or different information before trial.

    B.    Where the name or identify of a person is requested, please state that person's full name, home address, business address and last known home and work telephone numbers.

    C.    Where knowledge or information in possession of a party is requested, such request includes knowledge of the party's agents, representatives, and unless privileged, his attorneys. Inasmuch as an answer is made on behalf of a corporation, state the name, address and title of the person supplying the information and making the affidavit; as well as the source of his/her information.

    D.    The term "the premises," refers to the Edgewood Terrace Apartments located at 635 Edgewood Street, NE, Washington, D.C. 20017.

    E.    The term "the stairs," refers to the stairs located at the premises on which Plaintiff fell on or about August 1, 2002. The stairs are depicted in the attached photocopy of a photograph, Attachment 1.

06 0055 FILED
JAN 1 2 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

EXHIBIT
20

G.  The term "the occurrence," refers to the accident in which plaintiff was involved on or about August 1, 2002, which is complained of in the pleadings.

## INTERROGATORIES

1.  State the name and relationship(s) to this defendant of the person(s) answering these interrogatories.

2.  As to each incident of which this defendant is aware when an individual claims to have been injured at the premises, identify the parties involved, the applicable dates, the allegations and final outcome of any case or claim.

3.  As to each incident of which this defendant is aware when an individual claims to have been injured at the premises while ascending or descending the stairs, identify the parties involved, the applicable dates, the allegations and final outcome of any case or claim.

4.  As to all written or oral reports, or other documents of which you are aware concerning the occurrence, describe each report, identifying the person(s) preparing or making each report, the date of each report and state who presently has custody of same.

5.  If you allege that if plaintiff was injured, then it was the result of third parties or entities not presently parties to this lawsuit, identify each entity and state the specific facts upon which you are relying in making your allegation.

6.  If you contend that any alleged injuries of plaintiff were the result of his own negligence, state every fact upon which you rely, in support of this contention.

7.  As to all oral, written, or otherwise recorded statements or admissions of which you are aware, made by the plaintiff concerning any aspect of plaintiff's case, identify each statement or admission, persons who were witnesses thereto and applicable dates.

8. Identify all photographs, maps, diagrams, illustrations and other documentary evidence of which you are aware, which factually support any of your defenses to this claim and/or which otherwise relate to this claim.

9. Identify each individual whose duties included the maintenance and/or inspections of the premises and/or to whom this task was otherwise delegated, (a) on the date of the occurrence and (b) for the six month year period before and following the date of the incident.

10. Identify each individual whose duties included the maintenance and/or inspections of the stairs and/or to whom this task was otherwise delegated, (a) on the date of the occurrence and (b) for the six month year period before and following the date of the incident.

11. As to all repairs and/or other corrective measures performed concerning the stairs or the lighting at or near the stairs which were performed at any time within the last five (5) years by any of your agents, servants and employees and/or otherwise at your direction and/or request, state what was performed, why this act was performed, who performed it, and when it was performed.

12. Identify all persons known to you who have any knowledge of facts pertaining to any of the circumstances of the occurrence, indicating which ones were eyewitnesses.

13. Identify all persons who investigated the cause and circumstances of the occurrence and the results of their investigation.

14. Identify all individuals whom you will be calling as expert witnesses at the trial of this case, also noting as to each expert, the summary of the expert opinion to be rendered and a description of the facts upon which the opinion is based.

Respectfully submitted,

_____
Kenneth M. Trombly, #199547
Suite 1250
1050 17th Street, N.W.
Washington, D.C. 20036
(202) 887-5000

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that true copies of the foregoing plaintiff's Interrogatories and Request for the Production of Documents to defendant were mailed first class, postage prepaid this 13 day of December, 2005 to:

Jennifer S. Lubinsky
Lord & Whip, P.A.
Charles Center South, 10th Floor
36 South Charles Street
Baltimore, MD 21201

Attorney for Defendant

Kenneth M. Trombly