SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Civil Division

MELVIN JACKSON, )
)
    Plaintiff, ) C.A. 05-0005718
) Cal. 11
vs. ) Judge Combs Greene
)
MID-CITY FINANCIAL CORPORATION, )
ET AL. )
)
    Defendants. )

### STIPULATION OF PARTIAL DISMISSAL

In accordance with Superior Court Civil Rule 41, the parties agree that defendants Mid-City Financial Corporation, Edgewood Terrace Preservation Corporation, and Community Preservation and Development Corporation are dismissed without prejudice. All other claims shall continue against defendant Edgewood Management Corporation. The parties further agree that in the event that plaintiff determines that there is a basis to bring any of the dismissed parties back into the case, that these defendants agree that any such claims will be deemed to have been filed, nunc pro tunc, as of July 25, 2005.

Respectfully submitted,

_Kenneth M. Trombly_
Kenneth M. Trombly, #199547
1050 17th Street, N.W.
Suite 1250
Washington, D.C. 20036
(202) 887-5000
Attorney for Plaintiff

_Jennifer S. Lubinski_
Jennifer S. Lubinski, #471697
Lord & Whip
36th South Charles St., 10th Floor
Baltimore, MD 21201
(410) 539-5881
Attorney for Defendant
06 0055

FILED JAN 1 2 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT


EXHIBIT