SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION

MELVIN JACKSON                             *

    Plaintiff                              *    CIVIL ACTION NO.: 05-0005718
                                               Cal. 11

v.                                         *    The Honorable Natalia Combs Greene

EDGEWOOD MANAGEMENT CORP.                  *
et al.

    Defendants

      *       *       *       *       *       *       *       *

**PRAECIPE REQUESTING SCHEDULING ORDER**

Come the parties, represented by the undersigned counsel, and pursuant to Rule 16(b), hereby certify as follows:

1. This lawsuit is at issue / all parties have been served and have answered; and

2. All parties are represented by counsel; and

3. There are no pending motions; and

4. This Praecipe is being filed no later than 14 days prior to the Scheduling Conference; and

5. Counsel agree that this lawsuit be ordered to Mediation – Track I or II as designated below.

06 0055

Counsel request that the Court issue a Scheduling Order herein for Mediation, Track II.

FILED
JAN 1 2 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

_Kenneth M. Trombly_, # 199547
1050 17th St., N.W.
Suite 1250
Washington, D.C. 20036
(202) 887-5000
Counsel for the Plaintiff

_Jennifer S. Lubinski_
Lord & Whip
Charles Center South
36 South Charles Street, 10th floor
Baltimore, MD 21201
(410) 539-5881
Counsel for Defendants

EXHIBIT 23

Received Civil Clerk's Office JAN 03 2006 Superior Court of the District of Columbia Washington, DC