## IN THE SUPERIOR COURT OF THE
## DISTRICT OF COLUMBIA
## CIVIL DIVISION

MELVIN JACKSON                          *

    Plaintiff                       *       Civil Action No:  05-0005718

v.                                      *       Calendar No. 11
                                                Judge Natalie Combs-Green
EDGEWOOD MANAGEMENT                     *
CORPORATION                                     Next Event:  Initial Conference
                                        *       January 20, 2005

    Defendant                       *

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## NOTICE OF FILING NOTICE OF REMOVAL

To the Clerk of the above entitled Court:

Please take notice that on January 11, 2006, Defendant, Edgewood Management

Corporation, filed the attached Notice of Removal in the United States District Court for

the District of Columbia.

Respectfully submitted,

W. John Vernon (Bar No. 413891)
Jennifer S. Lubinski (Bar No. 471697)
Lord & Whip, P.A.
Charles Center South, 10th Floor
36 S. Charles Street
Baltimore, Maryland 21201
(410) 539-5881

**06 0055**

**FILED**

JAN 1 2 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Attorneys for Defendant,
Edgewood Management Corporation



EXHIBIT

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this __11th__ day of January, 2006, a copy of the foregoing Notice of Filing Notice of Removal was mailed, postage prepaid to: Kenneth Trombly, Esquire, 1050 17th Street, N.W., Suite 1250, Washington, D.C., 20036, Attorney for Plaintiff.

Jennifer S. Lubinski

354093