UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JAN 1 2 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

MELVIN JACKSON                             *
635 Edgewood Street, N.E.
Apartment 514                              *
Washington, D.C. 20017
                                           *
    Plaintiff
                                           *
vs.
                                           *   Civil Action No:
EDGEWOOD MANAGEMENT                            CASE NUMBER 1:06CV00055
CORPORATION
8403 Colesville Road, Suite 400                JUDGE: Gladys Kessler
Silver Spring, Maryland 20910
                                               DECK TYPE: Personal Injury/Malpractic

Incorrectly sued as:                           DATE STAMP: 01/12/2006
EDGEWOOD MANAGEMENT
CORPORATION                                *
1811 Irving Street, N.E.
Washington, D.C. 20018                     *

    Defendant                              *

*   *   *   *   *   *   *   *   *   *   *   *

**CORPORATE DISCLOSURE STATEMENT**

Defendant, Edgewood Management Corporation, pursuant to Local Civil Rule 7.1, makes the following disclosure of corporate interests:

1.    Edgewood Management Corporation is insured by Great American Insurance Company, a subsidiary of American Financial Group, Inc., a publicly traded company. This disclosure is made so that the judges of the Court may determine the need for recusal.

Respectfully submitted,

*[signature]*

W. John Vernon
Trial Bar No.: 413891
Jennifer S. Lubinski
Trial Bar No.: MD25160
Lord & Whip, P.A.
Charles Center South, 10th Floor
36 S. Charles Street
Baltimore, Maryland 21201
(410) 539-5881

Attorneys for Defendant,
Super Laundry Equipment Corp.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this 12th day of January, 2006, a copy of the foregoing Corporate Disclosure Statement was mailed, postage prepaid to: Kenneth M. Trombly, Esquire, 1050 17th Street, N.W., Suite 1250, Washington, DC 20036, attorney for Plaintiff.

*[signature]*

Jennifer S. Lubinski

00355535.DOC