UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MELVIN JACKSON   :
                 :
      Plaintiff  :
                 :
v.               :
                 :  Civil action 06-55
EDGEWOOD MANAGEMENT   :  Judge Kessler
CORPORATION,     :
                 :
      Defendant. :
                 :

### JOINT REPORT TO COURT PURSUANT TO LOCAL RULE 16.3

1. *Dispositive motions*; Unlikely.

2. *Joinder date*; 60 days from the date of the February 10, 2006 status conference.

3. *Magistrate assignment*; not at this time.

4. *Settlement possibilities*; the parties will be in a better position to assess settlement possibility after paper discovery is exchanged.

5. *ADR possibilities*; the parties agree that ADR may be beneficial after the close of discovery.

6. *Resolution by summary judgment*; it is unlikely that the case will be disposed of by motion. If motions are filed, the parties would seek to do so 30 days after the close of discovery.

7. *Dispensing with initial disclosures*; the parties agree to dispense with the requirements of rule 26(a)(1).

8. *Deadlines for discovery*; plaintiff experts within 60 days. Defense experts within 90 days. Interrogatories and document requests concluded by May 10, 2006. Discovery closed by July 10, 2006. No more than ten depositions per side.

9. *Expert reports*; the plaintiffs agree that 26(a)(2) shall apply. Experts to be deposed by the close of discovery.

10. *Class action*; not applicable.

11. *Bifurcation*; no.

12. *Pretrial conference date*; September 18, 2006, or some other date selected at the upcoming status conference.

13. *Trial date*; the parties request a firm trial date.

14. *Other matters*; none at this time.

Respectfully submitted,

_____/s/_____
Kenneth M. Trombly, #199547
1050 17th Street, N.W., suite 1250
Washington, DC 20036
202-887-5000
Attorney for Plaintiff


_____/s/_____
Jennifer Lubinski, #471697
Lord & Whip
36 South Charles St., 10th Floor
Baltimore, MD 21201
410-539-5881
Attorney for Defendant