UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MELVIN JACKSON : | |
| Plaintiff : | |
| v. : | |
| : | Civil action 06-55 |
| EDGEWOOD MANAGEMENT : | Judge Kessler |
| CORPORATION, : | |
| Defendant. : | |

### PRAECIPE

Plaintiff, as requested by the Court, submits a complete copy of the complaint, to be re-filed electronically.

Respectfully submitted,

_____/s/_____
Kenneth M. Trombly, #199547
1050 17th Street, N.W., suite 1250
Washington, DC 20036
202-887-5000
Attorney for Plaintiff

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Civil Division

MELVIN JACKSON
635 Edgewood Street, NE
Apt. 514
Washington, D.C. 20017

    Plaintiff,

v.

MID-CITY FINANCIAL
CORPORATION, a.k.a. MB
FINANCIAL, INC., a.k.a. EDGEWOOD
TERRACE III, a.k.a. EDGEWOOD
SENIORS,
8403 Colesville Rd., Suite 400
Silver Spring, MD 20910

    and

EDGEWOOD MANAGEMENT
CORPORATION, a.k.a. EDGEWOOD
MANAGEMENT COMPANY,
1811 Irving St. NE
Washington D.C. 20018

    and

COMMUNITY PRESERVATION
AND DEVELOPMENT
CORPORATION
5531 Connecticut Ave. NW, # 250
Washington, D.C. 20015

    and

EDGEWOOD TERRACE
PRESERVATION CORPORATION
5531 Connecticut Ave. NW, # 250
Washington, D.C. 20015

    Defendants.

Case No: 05-0005718

RECEIVED
Civil Clerk's Office
JUL 2 5 2005
Superior Court of the
District of Columbia
Washington, D.C.

1

## COMPLAINT
(Personal Injury/Premises Liability)

1. This Honorable Court has jurisdiction of this case, by virtue of 11 D.C. Code section 921, in that the amount in controversy exceeds the minimum jurisdictional requirements of this Court.

2. Defendant, Mid-City Financial Corporation, a.k.a. MB Financial, Inc., a.k.a. Edgewood Terrace III, a.k.a. Edgewood Seniors, is a Delaware corporation that develops housing in the Washington D.C. metropolitan area.

3. Defendant, Edgewood Management Corporation, a.k.a. Edgewood Management Company ["Edgewood"] is a Maryland corporation which owns and/or manages residential properties.

4. Defendant, Community Preservation and Development Corporation, ["CPDC"], is a Maryland corporation which owns and/or manages residential buildings.

5. Defendant, Edgewood Terrace Preservation Corporation, ["ETPC"], is a Maryland corporation which owns/and or manages residential buildings..

6. At all times relevant to this complaint, one or more of the defendants have owned or managed a building located at 635 Edgewood St. NE, Washington, DC. ["the premises"].

7. On or about August 1, 2002, plaintiff was lawfully present at the premises, where he then resided. As he was exiting the building walking down the stairs outside of the building, he fell on the exterior steps.

8. The above incident occurred because employees and agents of one or more of the defendants had negligently failed to properly maintain and/or inspect the outside steps, failed to

properly and timely replace the light bulbs that illuminated the area that included the stairs, failed to have proper illumination in the area where plaintiff exited the building, failed to provide safe ingress and egress at the premises, failed to keep the exit closed until these problems were corrected, failed to warn the plaintiff and other foreseeable users, and other acts of negligence.

9. At all times relevant to this complaint, defendants owed plaintiff an implied warranty of reasonable safety when entering or exiting the premises. Notwithstanding this duty, one or more of the defendants breached this warranty.

10. As a result of said occurrence, plaintiff has suffered and will continue to suffer physical and mental injury, with accompanying pain and suffering. In addition, he has incurred and will continue to incur medical expenses and other economic loss.

**WHEREFORE**, plaintiff, Melvin Jackson, seeks judgment against defendants, jointly and severally, in an amount in excess of the minimum jurisdictional requirements of this Court, plus interest and costs.

Respectfully Submitted,

Kenneth M. Trombly, #199547
1050 17th Street, N.W.
Suite 1250
Washington, D.C. 20036
(202) 887-5000

*Attorney for Plaintiff*

3

## JURY DEMAND

Plaintiff seeks a trial by jury on all issues.

_____
Kenneth M. Trombly