UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MELVIN JACKSON | * | |
| Plaintiff | * | CA: 06-55 |
| v. | * | |
| EDGEWOOD MANAGEMENT CORPORATION, | * | |
| | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \*

## NOTICE OF FILING

I hereby certify that a copy of Plaintiff's Answers to Interrogatories was mailed on March 13__, 2006, first class, postage prepaid to counsel for the defendant, and that I will retain the originals of these documents in my possession, without alteration, until the case is concluded in this Court, the time for noting an appeal has expired, and any appeal noted has been decided.

Respectfully submitted,

/s/
Kenneth M. Trombly, #199547
Suite 1250
1050 17th Street, N.W.
Washington, D.C. 20036
(202) 887-5000

*Attorney for Plaintiff*