UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MELVIN JACKSON                             *

    Plaintiff                              *        CA:  06-55
                                                               Judge Kessler

v.                                                  *

EDGEWOOD MANAGEMENT              *
CORPORATION,
                                                *

    Defendant.
                                             *

*    *    *    *         *    *    *    *

## PLAINTIFF'S WITNESS LIST

Melvin R. Jackson
635 Edgewood St., N.E.
#514
Washington, DC 20017

Henry B. Fox, M.D.
2440 M Street, NW, Suite 606
Washington, DC 20037

Rafael A. Lopez, M.D.
3 Washington Circle, Suite 110
Washington, DC 20037

Gerard Harris, M.D.
106 Irving St., N.W.
Suite 4200 North
Washington, DC 20010

Louretta Temple
635 Edgewood St., N.E.
#613
Washington, DC 20017

Gloria Green
635 Edgewood St., N.E.
#613
Washington, DC 20017

Kathy Jackson
1302 Saratoga Ave.
Washington, DC 20018

Charles Rosebar
635 Edgewood St., N.E.
Washington, DC 20017

Any person identified in Defendant's Witness List, Answers to Interrogatories, or Response to Request for Production of Documents

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14 day of March, 2006, a copy of the foregoing Plaintiff's Witness List was mailed first class, postage prepaid, to:

Jennifer S. Lubinski
Lord & Whip, P.A.
Charles Center South, 10th Floor
36 South Charles Street
Baltimore, MD 21201

Attorney for Defendant

/s/
Kenneth M. Trombly