UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MELVIN JACKSON                                     *

    Plaintiff                                  *

v.
                                             *    Civil Action No: 06-55

EDGEWOOD MANAGEMENT                    The Honorable Gladys Kessler
CORPORATION                                        *

    Defendant                                  *

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

**DEFENDANT'S WITNESS LIST**

Defendant, Edgewood Management Corporation, pursuant to the *Federal Rules of Civil Procedure* and the Local Rules, makes the following disclosure of witnesses:

1. Mr. Martin Bland
   635 Edgewood Street, NE
   Washington, DC 20017

2. Mr. Jim Tyner
   635 Edgewood Street, NE
   Washington, DC 20017

3. Ms. Ethel Courser
   635 Edgewood Street, NE
   Washington, DC 20017

4. Security Officer Harris
   c/o Eagle Technologies
   9301 Annapolis Road
   Suite 200
   Lanham, Maryland 20706-3130

5. Security Sergeant Williams
   c/o Eagle Technologies
   9301 Annapolis Road
   Suite 200

        Lanham, Maryland 20706-3130

6. Security Lieutenant Wells
   c/o Eagle Technologies
   9301 Annapolis Road
   Suite 200
   Lanham, Maryland 20706-3130

7. Security Officer Wheeler
   c/o Eagle Technologies
   9301 Annapolis Road
   Suite 200
   Lanham, Maryland 20706-3130

8. Ms. Iva Pointer
   635 Edgewood Street, NE
   Washington, DC 20017

9. Shewit Bezabeh, M.D.
   Washington Hospital Center
   110 Irving Street, NW
   Washington, DC 20010-2975

10. Ms. Rose Sharp
    (Plaintiff's sister – address available from the Plaintiff)

11. Ms. Melvina Jackson
    (Plaintiff's sister – address available from the Plaintiff)

12. Ms. Kathy Jackson
    (Plaintiff's daughter – address available from the Plaintiff)

13. Louis Levitt, M.D.
    1850 M Street, NW
    Suite 750
    Washington, DC 20036

14. Defendant reserves the right to call as a witness any person identified in the Plaintiff's Answers to Interrogatories, Witness List, Rule 26(b)(4) Statement, or identified by the Plaintiff or his representatives in any deposition.

15. Defendant reserves the right to call as a witness any person who provided medical treatment to the Plaintiff at any time.

16. Defendant notes that discovery is ongoing and further that Defendant received Plaintiff's Answers to Interrogatories on March 14, 2006, one day prior to filing this Witness List, and accordingly reserves the right to supplement this designation.

Respectfully submitted,

/s/Jennifer S. Lubinski
W. John Vernon
Trial Bar No.: 413891
Jennifer S. Lubinski
Trial Bar No.: MD25160
Lord & Whip, P.A.
Charles Center South, 10th Floor
36 S. Charles Street
Baltimore, Maryland 21201
(410) 539-5881

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this ___15th_____ day of March, 2006, a copy of the foregoing Defendant's Witness List was electronically filed and mailed, postage prepaid to: Kenneth M. Trombly, Esquire, 1050 17th Street, N.W., Suite 1250, Washington, DC 20036, attorney for Plaintiff.

/s/ Jennifer S. Lubinski
Jennifer S. Lubinski

00359224.DOC