UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MELVIN JACKSON          *

    Plaintiff          *        CA: 06-55
                                      Judge Kessler
v.                      *

EDGEWOOD MANAGEMENT      *
CORPORATION,
                        *
    Defendant.
                        *

\*   \*   \*   \*        \*   \*   \*   \*

**PLAINTIFF'S EXPERT DESIGNATIONS**

The following individuals are fact witnesses who have treated plaintiff and who may also be asked to offer opinions as to plaintiff's mechanism of injury, nature of injury, reasonableness and need for treatment, proximate cause, permanency, disability and related issues:

    Rafael A. Lopez, M.D.
    3 Washington Circle, Suite 110
    Washington, DC 20037

    Gerard Harris, M.D.
    106 Irving St., N.W.
    Suite 4200 North
    Washington, DC 20010

                                        Respectfully Submitted,

                                        _____/s/_____
                                        Kenneth M. Trombly, 199547
                                        1050 17th St., NW
                                        Suite 1250
                                        Washington, DC 20036
                                        (202) 887-5000

                                        *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 18th day of April, 2006, a copy of the foregoing Plaintiff's Expert Designations was mailed first class, postage prepaid, to:

Jennifer S. Lubinski
Lord & Whip, P.A.
Charles Center South, 10th Floor
36 South Charles Street
Baltimore, MD 21201

Attorney for Defendant

                                                /s/
                                      Kenneth M. Trombly