IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MELVIN JACKSON | * | |
| Plaintiff | * | CIVIL ACTION NO.: 06-55 |
| v. | * | The Honorable Gladys Kessler |
| EDGEWOOD MANAGEMENT CORP. | * | Next Event: May 15, 2006<br>Defendant's Rule 26(b)(2) |
| | * | Disclosures Due |
| Defendant | | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## DEFENDANT'S EXPERT WITNESS DESIGNATIONS

The Defendant, Edgewood Management Corporation, by its undersigned counsel, pursuant to the *Federal Rules of Civil Procedure* and the Scheduling Order issued in this matter, notes its intention to call the following individuals as expert witnesses at the trial of this litigation:

1. Louis Levitt, M.D.
   1850 M Street, N.W.
   Suite 750
   Washington, D.C.  20036

Dr. Levitt is an orthopedic surgeon who is expected to render opinions concerning the causal relation, nature and extent of any injury sustained by the Plaintiff allegedly as a result of the incident complained of, and the reasonableness and necessity of treatment provided to the Plaintiff and of the bills related thereto.  A copy of Dr. Levitt's report will be provided to the Plaintiff forthwith.  The Defendant reserves the right to amend this designation as discovery is ongoing.

2.	The Defendant reserves the right to call as expert witnesses any witnesses designated by the Plaintiff and to call any health care providers who have provided treatment to the Plaintiff at any time.  As discovery is ongoing, the Defendant reserves the right to amend this designation.

        Respectfully submitted,

        */s/Jennifer S. Lubinski*
        W. John Vernon
        Trial Bar No.: 413891
        Jennifer S. Lubinski
        Trial Bar No.: MD25160
        Lord & Whip, P.A.
        Charles Center South, 10th Floor
        36 S. Charles Street
        Baltimore, Maryland 21201
        (410) 539-5881
        Attorneys for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this __11th_____ day of May, 2006, a copy of the foregoing Defendant's Witness List was electronically filed and mailed, postage prepaid to: Kenneth M. Trombly, Esquire, 1050 17th Street, N.W., Suite 1250, Washington, DC 20036, attorney for Plaintiff.

        */s/ Jennifer S. Lubinski*
        Jennifer S. Lubinski

*00362411.DOC*