## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

MELVIN JACKSON                                  *

    Plaintiff                                  *

v.
                                                     *   Civil Action No: 06-55

EDGEWOOD MANAGEMENT                    The Honorable Gladys Kessler
CORPORATION                                     *

                                                           Next Event:  June 15, 2006
    Defendant                                  *   Discovery Deadline

   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## **JOINT MOTION TO AMEND SCHEDULING ORDER**

The parties hereto, by their undersigned counsel, respectfully request that this Honorable Court amend the scheduling order previously entered in this case for the following reasons:

1. This case was removed to this Court from the Superior Court for the District of Columbia on or about January 13, 2006.

2. On February 10, 2006, this Court entered a scheduling order which provides the following dates:

        Discovery completed                    June 15, 2006

        Deadline for filing dispositive motions   July 15, 2006

        Pretrial Conference                    September 8, 2006

3. The parties have exchanged written discovery responses and have otherwise commenced discovery.

4. Notwithstanding their efforts, the parties anticipate that they will be unable to complete discovery by the currently scheduled deadline of June 15, 2006 and respectfully request that the deadline be extended.

5. The parties propose the following amended schedule:

    Discovery completed    August 14, 2006

    Deadline for filing dispositive motions    September 13, 2006

    Pretrial Conference    _____

6. The parties have not previously requested an amendment of the scheduling order in this litigation.

WHEREFORE, the parties jointly request that the Court grant their Motion to Amend the Scheduling Order.

Respectfully submitted,

*/s/Kenneth M. Trombly*
Kenneth M. Trombly, Esquire
1050-17th Street, N.W.
Suite 1250
Washington, D.C. 20036

Attorney for Plaintiff

*/s/Jennifer S. Lubinski*
W. John Vernon (Bar No.: 413891)
Jennifer S. Lubinski (Bar No.: MD 25160)
Lord & Whip, P.A.
Charles Center South, 10th Floor
36 S. Charles Street
Baltimore, Maryland 21201
(410) 539-5881

Attorneys for Defendant

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY, that on this 6th day of June, 2006, a copy of the foregoing Joint Motion to Amend Scheduling Order was electronically filed and mailed, postage prepaid to: Kenneth M. Trombly, Esquire, 1050 17th Street, N.W., Suite 1250, Washington, D.C. 20036, attorney for Plaintiff.

                                   */s/ Jennifer S. Lubinski*
                                   Jennifer S. Lubinski