UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MELVIN JACKSON | * | |
| Plaintiff | * | |
| v. | | |
| | * | Civil Action No: 06-55 |
| EDGEWOOD MANAGEMENT CORPORATION | | The Honorable Gladys Kessler |
| | * | |
| | | Next Event: June 15, 2006 |
| | * | Discovery Deadline |
| Defendant | | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**<u>ORDER</u>**

Upon consideration of the Joint Motion to Amend Scheduling Order, it is this _____ day of _____, 2006, hereby ORDERED:

That the Motion is GRANTED; and that the following dates shall govern this litigation:

| | |
|---|---|
| Discovery completed | August 15, 2006 |
| Deadline for filing dispositive motions | September 15, 2006 |
| Pretrial Conference | _____ |

_____
The Honorable Gladys E. Kessler
United States District Court Judge