UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MELVIN JACKSON                              *

    Plaintiff                                  *

v.
                                                                                               *     Civil Action No: 06-55

EDGEWOOD MANAGEMENT                          The Honorable Gladys Kessler
CORPORATION                              *

                                                                                Next Event:  June 15, 2006
    Defendant                                  *     Discovery Deadline

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## **DEFENDANT'S STATUS REPORT**

       The Defendant, Edgewood Management Corporation, by its undersigned counsel and pursuant to the Court's scheduling order, submits this status report and states as follows:

       1.       Status of Discovery.

       Discovery has not been completed.  The Defendant deposed the Plaintiff on May 8, 2006.  Depositions of the Plaintiff's expert witness physicians are currently scheduled for June 21, 2006 and July 18, 2006.  The Defendant may wish to conduct additional depositions of fact witnesses identified by the Plaintiff at his deposition.  The parties have jointly requested that the Court modify the scheduling order to provide for an extension of discovery until August 14, 2006.

       2.       Motions pending.

       A joint motion to amend the scheduling order is pending before the Court.

       3.       Does any party intend to file dispositive pretrial motions?

The Defendant may file a Motion for Summary Judgment in this matter.

4.      Is case to be tried by judge or jury? What is the anticipated length of trial?

The Plaintiff prayed a jury trial. The Defendant anticipates that two (2) day's trial time will be required.

5.      Settlement Negotiations.

The parties participated in settlement negotiations prior to the filing of the lawsuit and are in the process of scheduling a mediation before Joel Finkelstein, Esquire.

6.      Settlement Conference.

The Defendant believes that a settlement conference in this case would be helpful for a pre-trial resolution of this case.

7.      U.S. Magistrate Judge.

The Defendant does not consent to the referral of this case to a Magistrate Judge for all further proceedings.

8.      Other matters.

The Defendant does not have any other matters to bring before the Court at this time.

Respectfully submitted,

*/s/Jennifer S. Lubinski*
W. John Vernon
Trial Bar No.: 413891
Jennifer S. Lubinski
Trial Bar No.: MD25160
Lord & Whip, P.A.
Charles Center South, 10th Floor
36 S. Charles Street
Baltimore, Maryland 21201
(410) 539-5881
Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY, that on this 14th day of June, 2006, a copy of the foregoing Defendant's Status Report was electronically filed and mailed, postage prepaid to: Kenneth M. Trombly, Esquire, 1050 17th Street, N.W., Suite 1250, Washington, DC 20036, attorney for Plaintiff.

*/s/ Jennifer S. Lubinski*
Jennifer S. Lubinski

*00364421.DOC*