**LORD & WHIP**
A Professional Association
ATTORNEYS AT LAW

_____

**Charles Center South
36 South Charles Street, 10th Floor
Baltimore, Maryland 21201**

_____

**Telephone: 410-539-5881
Facsimile: 410-685-6726**

August 15, 2006

The Honorable Gladys Kessler
United States District Court
for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

     RE:    Melvin Jackson v. Edgewood Management Corporation
               Case No.:  06-55
               Our File:   2731-38-6

Dear Judge Kessler:

     Pursuant to the Scheduling Order, a Status Report concerning this matter is due today. Please be advised that the parties settled this case at a mediation on July 27, 2006 and are in the process of executing settlement paperwork.

     Should you require any additional information, please do not hesitate to contact me.

                                           Very truly yours,

                                           */s/ Jennifer S. Lubinski*

                                           Jennifer S. Lubinski

JSL/ad/*367683*
cc:    Kenneth M. Trombly, Esquire