UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Melvin Jackson, )<br>)<br>)<br>    Plaintiff, )<br>) <br>  v. )<br>)<br>Edgewood Management )<br>Corporation, )<br>)<br>    Defendant. )<br>_____) | Civil Action No. 06-55 (GK) |

### **O R D E R**

On August 15, 2006, Defendant in the above-captioned case filed a Status Report informing the Court that the parties had settled the case and were in the process of executing settlement paperwork. Accordingly, on this 21st day of August, 2006, it is hereby

**ORDERED** that the parties shall file a Settlement Praecipe by **August 31, 2006.** It is further

**ORDERED**, that if the parties fail to comply, this case shall be dismissed.

August 22, 2006

/s/
GLADYS KESSLER
United States District Judge

Copies to: **Attorneys of record via ECF**