IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MELVIN JACKSON | * | |
| Plaintiff | * | CIVIL ACTION NO.:  06-55 |
| v. | * | The Honorable Gladys Kessler |
| EDGEWOOD MANAGEMENT CORP. | * | Next Event: September 15, 2006 Dispositive Motions Deadline |
| | * | |
| Defendant | | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties hereto, by their undersigned counsel, pursuant to Rule 41(a)(1), *Federal Rules of Civil Procedure*, hereby stipulate and agree that this case, including all claims, cross-claims, counter-claims and third-party claims, if any, be, and the same hereby are, DISMISSED WITH PREJUDICE, each party to bear their own costs.

| | |
|---|---|
| /s/Kenneth M. Trombly | /s/Jennifer S. Lubinski |
| Kenneth M. Trombly (Bar No. 199547) | W. John Vernon (D.C. Bar No. 413891) |
| Schultz & Trombly, PLLC | Jennifer S. Lubinski (Bar No. MD 25160) |
| 1050 17th Street, N.W. | Lord & Whip, P.A. |
| Suite 1250 | 36 S. Charles Street, 10th Floor |
| Washington, DC 20036 | Baltimore, Maryland 21201 |
| (202) 887-5000 | (410) 539-5881 |
| Attorneys for Plaintiff | Attorneys for Defendant |

00368739.DOC